## W. Edward WOOD

v.

## B. Albert FORD et al.

### No. 79–511–M.P.

Supreme Court of Rhode Island.

Feb. 14, 1980.

R. Daniel Prentiss, Chief Legal Counsel, Dept. of Environmental Management, Providence, for petitioner.

Dennis J. Roberts II, Atty Gen., John S. Foley, Special Asst. Atty. Gen., Frank Caprio, Charles K. Tibaldi, Anthony F. Del Bonis, Johnston, for Lawrence DeSouza.

## ORDER

Action on the petition for writ of certiorari is withheld pending this court's filing of an opinion in *Robert E. Liguori, Director of Administration v. B. Albert Ford et al.,* No. 78–331–M.P.

DORIS, J., did not participate.

## David A. YOUNG, Sr.

v.

## Joshua PARK et al.

### No. 77–363–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

David A. Young, Sr., pro se.

Hanson, Curran & Parks, Robert D. Parrillo, Providence, for defendants.

## ORDER

The plaintiff's motion for correction of the record as prayed is denied.

DORIS, J., did not participate.